*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Sean Brennan
    Debtor(s)

Case No: 22–12738–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

  **RESCHEDULED
Motion to Dismiss Case for Failure to Make Plan Payments Filed by KENNETH E. WEST Represented by KENNETH E. WEST

  on: 4/6/23

  at: 09:30 AM

  in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/3/23

Timothy B. McGrath
Clerk of Court