UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Sean Brennan : Case No. 22-12738 mdc

Debtor

**Certification of Service**

I, Lawrence S. Rubin, Esquire, attorney for debtor, do hereby certify service of

Debtor's 3d Amended Chapter 13 Plan, upon the following parties on May 16, 2023:

By the court's ECF electronic service:

POWERS KIRN, LLC
Karina Velter
Attorney for Wells Fargo
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053

All creditors filing claims

By first class mail upon:

Sean Brennan, debtor

    **s/Lawrence S. Rubin, Esquire**
    Lawrence S. Rubin, Esquire
    Attorney for Debtor
    337 West State Street
    Media, PA 19063
    (610) 565-6660

Dated: May 16, 2023

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com